# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond

In re

**STEAMERS THREE LLC**  Case No. 16-32596

Chapter 7

**Debtors**

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| William Alan Taylor<br>12 Rosewood Street<br>Fredericksburg, VA 22405 | $220.16 |
| Andre Cannady<br>415 Dundee Place<br>Fredericksburg, VA 22405 | $772.88 |

Dated: August 11, 2020

/s/ Peter Barrett
Peter Barrett, Trustee
KUTAK ROCK LLP
901 East Byrd Street
Suite 1000
Richmond, Virginia 23219
(804)343-5237

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on August 11, 2020.